UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Criminal Case No.  06-cr-00371-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.     PATRICK NEAL CREECH,

      Defendant.

---

## ORDER

THE COURT has reviewed the Government's Petition for a Writ of Habeas Corpus Ad Prosequendum pertaining to the above-named defendant for an initial appearance hearing before the United States District Court for the District of Colorado, forthwith. The Court is familiar with the file in this case.

Being now informed in the premises, the Court hereby orders the Clerk of the United States District Court to issue such a Writ directing the United States Marshal any other officer in whose custody the defendant may be held to bring the body of Patrick Neil Creech (No. 0600010095) is now in the custody of the El Paso County Jail, Paso County Sheriff's Office Criminal Justice Center, 2739 E. Las Vegas, Street, Colorado Springs, Colorado, before a United States Magistrate Judge, sitting at Denver, Colorado, forthwith, and from day to day thereafter, for an initial appearance hearing in United States District Court for the District of Colorado in the above-entitled and pending cause; and to hold the said defendant at all times in custody as an agent

of the United States of America; that immediately after the conclusion of the

proceedings described in the above-entitled cause in the United States District Court

for the District of Colorado, the United States Marshal and any other officer in whose

custody the defendant is held shall return the defendant to the institution where he was

confined, under safe and secure conduct, and have then and there this Writ.

Dated:  October 3, 2006

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge