UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Criminal Case No.  06-cr-00371-WYD

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1. PATRICK NEIL CREECH;
2. DEAN NOLF,

     Defendants.
_____

**ORDER**
_____

This matter is before the Court upon a review of the file.  To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

ORDERED that all pretrial motions shall be filed by **Thursday, November 9, 2006** and responses to these motions shall be filed by **Monday, November 20, 2006.**  It is

FURTHER ORDERED that a hearing on all pending motions, if any, and final trial preparation conference is set for **Friday, December 1, 2006, at 10:00 a.m., in courtroom A-1002.**  It is

FURTHER ORDERED that a 4-day jury trial is set to commence on **Monday, December 18, 2006, at 9:00 a.m. in courtroom A-1002.**

Dated: October 24, 2006

                                        BY THE COURT:

                                        s/ Wiley Y. Daniel
                                        Wiley Y. Daniel
                                        U. S. District Judge