UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Criminal Case No.  06-cr-00371-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.      PATRICK NEAL CREECH,
2.      DEAN NOLF,

      Defendants.

## ORDER

THIS MATTER is before the Court on the Joint Motion to Continue Trial filed filed November 30, 2006.  In the motion, the Parties indicate that a continuance is sought in this case because the discovery process has not yet been completed and pretrial motions have not yet been filed in this case.  The parties assert that counsel Richard Irvin has only recently been appointed after the public defender withdrew and has not had time to review all discovery.

The Court, having reviewed the motion and considered the argument of counsel at the December 1, 2006 status conference and being fully advised in the premises, hereby **GRANTS** the Unopposed Joint Motion Continue Trial pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).  I find that the failure to grant a continuance in this case which I do not find to be complex would deny counsel for the defendant reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

Further, I find that the ends of justice served by granting a continuance outweigh the best interest of the public and Defendant in a speedy trial.

Based on the foregoing, it is

**ORDERED** that the Joint Motion to Continue Trial filed November 30, 2006, is **GRANTED** pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).  In accordance therewith, it is

**ORDERED** that the speedy trial deadlines are tolled for an additional **ninety (90) days**.  It is

**FURTHER ORDERED** that the four (4) day jury trial set to commence on Monday December 18, 2006, is **VACATED.**  It is

**FURTHER ORDERED** that Defendant's Motion to Continue the Trial Scheduled for December 18, 2006, is **DENIED AS MOOT.**  It is

**FURTHER ORDERED** that all pretrial motions will be filed on or before **Friday, January 19, 2007.**

Dated:  December 1, 2006

                                              BY THE COURT:

                                              s/ Wiley Y. Daniel
                                              Wiley Y. Daniel
                                              U. S. District Judge