UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Criminal Case No.  06-cr-00371-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

PATRICK NEIL CREECH,

    Defendant.
_____

**ORDER**
_____

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    A Notice of Disposition was filed in the above matter on March 15, 2007.  A Change of Plea hearing is set for **Friday, April 6, 2007, at 11:30 a.m.  Counsel for the parties shall deliver all change of plea documents separately to Judge Daniel's chambers AND to the Probation Department not later than 48 HOURS before the hearing date.**  If the documents are not timely submitted, the hearing will be vacated.  There will be no exceptions to this policy.

    Dated:  March 16, 2007