IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 06-cr-00371-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. PATRICK NEIL CREECH,

    Defendant.

---

**ORDER**

---

    Upon consideration of the Government's Motion to Dismiss Counts 2, 4, 5, 6 and 7 of the Indictment, and for good cause shown, it is hereby

    ORDERED that Counts 2, 4, 5, 6 and 7, be dismissed as to defendant PATRICK NEIL CREECH.

    DATED this <u>20th</u> day of July, 2007.

                                     BY THE COURT:

                                     Ss/ Wiley Y. Daniel
                                     WILEY Y DANIEL,
                                     UNITED STATES DISTRICT JUDGE