IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   06-cr-00371-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  PATRICK NEIL CREECH,

      Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

      A hearing on Supervised Release Violation is set for **Tuesday October 4, 2011,** at **4:00 p.m.** in Courtroom A-1002.

      Dated:  June 8, 2011