UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  06-cr-00371-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. PATRICK NEIL CREECH,

      Defendant.
_____

**MINUTE ORDER**
_____

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

      Due to a conflict of the Court, the hearing on supervised release violation set for **Tuesday, October 4, 2011, at 4:00 p.m.**, is **VACATED** and reset for **Friday, October 21, 2011, at 3:00 p.m.**

      September 27, 2011