UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   06-cr-00371-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. PATRICK NEIL CREECH,

      Defendant.

_____

**MINUTE ORDER**
_____

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

      At the request of counsel, the hearing on supervised release violation set for **Tuesday, December 13, 2011, at 3:00 a.m.** is **RESET** for <u>**Tuesday, December 13, 2011, at 4:00 p.m.**</u>

      December 12, 2011